IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MOORE,  Civil Action No. 1:18-cv-1523

Plaintiff,

v.

JOHN E. WETZEL, et al.,

Defendants.

## STIPULATION OF VOLUNTARY DISCONTINUANCE

## PURSUANT TO F.R.C.P. RULE 41 (a)(1)(A)(ii)

It is hereby stipulated and agreed, by and between Plaintiff and Defendants, that this case against ALL Defendants, Dept. of Corrections and Medical (Wetzel, Noel, Silva, CCS, Moclock, etc.) shall be dismissed with prejudice for this and any future action on account of the matters and things contained in Plaintiffs' complaint. Plaintiff no longer has Hepatitis C. With respect to each other, the Plaintiff and Defendants are responsible for their own costs and fees, if any.

Agreed to on this 5th day of August, 2019.

_____  _____
Shawn Moore, Plaintiff.  Vincent Mazeski, DOC Counsel

_____
Samuel H. Foreman,
Medical Defendants Counsel

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MOORE,

    Plaintiff,

v.

JOHN E. WETZEL, *et al.*,

    Defendants

CIVIL NO. 1:18-cv-1523

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. Mail a true and correct copy of the foregoing Stipulation to be served upon the following person(s) by first-class mail addressed as follows:

> Smart Communications/PADOC
> Shawn Moore, LZ-9799
> SCI-Coal Township
> PO Box 33028
> St Petersburg FL 33733

> s/Angela Basehore
> Angela Basehore
> Legal Assistant
> Pennsylvania Department of Corrections
> Office of Chief Counsel
> 1920 Technology Parkway
> Mechanicsburg, PA  17050
> (717) 728-7763

Dated: August 5, 2019

This document has been filed electronically and is available for viewing and downloading from the ECF system by Counsel for remaining medical defendants and thus satisfies the service requirements under *Fed.R.Civ.P. 5(b)(2)(E); L.R. 5.7*.